UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-20023-JLK

MARITZA VALIENTE,

    Plaintiff,

vs.

GOLD AND ASSOCIATES, P.A. a Florida for
Profit Corporation d/b/a THE TICKET CLINIC,

    Defendant.
_____/

**JOINT MOTION REQUESTING ORDER APPROVING SETTLEMENT
AGREEMENT AND TO DISMISS LAWSUIT WITH PREJUDICE**

Plaintiff MARITZA VALIENTE ("Plaintiff") and Defendant GOLD & ASSOCIATES, P.A. d/b/a THE TICKET CLINIC ("Defendant"), by and through their respective undersigned counsel, hereby file this Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Lawsuit With Prejudice. The parties state the following in support:

1. On March 2, 2016, a settlement conference was held with the Honorable Magistrate Judge Edwin G. Torres. With the assistance of Magistrate Judge Torres, the parties reached an agreement to resolve the instant action.

2. As part of the agreement reached to resolve the instant action, the parties prepared a Settlement Agreement and General Release ("Settlement Agreement"), and they fully executed the Settlement Agreement. The monetary terms of the Settlement Agreement are the same as was reached with the assistance of the Court at the settlement compromise.

3. As discussed during the settlement conference, the parties dispute whether any liability exists in the instant action. Nonetheless, for the reasons discussed during the settlement

conference, the parties agree that the settlement is a fair and reasonable resolution of their bona fide dispute over the Fair Labor Standards Act ("FLSA") claim asserted in the instant action.

4. In accordance with the applicable requirements for settling an FLSA claim, the parties hereby seek the Court's approval of the settlement that they have entered into to resolve their dispute.[1] The parties further stipulate to the dismissal of the instant action in its entirety, with prejudice, after the Court has reviewed and approved the Settlement Agreement.

WHEREFORE, the parties respectfully request that the Court enter an Order approving the terms of the settlement of the instant action, and dismissing the instant action, with prejudice, but retaining jurisdiction, as necessary, to enforce the Settlement Agreement entered into by the parties.[2]

\*                    \*                    \*

---

[1] Pursuant the FLSA, claims for back wages and other damages arising under the FLSA may only be settled or compromised with the approval of the district court or the Secretary of Labor. *See Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id*.

[2] The parties have agreed to keep the specific terms and conditions of the Settlement Agreement confidential. To that end, in the event that the Court would like to review the signed Settlement Agreement, the parties respectfully request approval to present the Settlement Agreement to the Court, in its written and executed form, for an *in camera* review, in order to protect the confidential nature of the agreement. By allowing an *in camera* review, the Court can consider the agreement and still protect the confidentiality that the parties bargained for.

DATED this 7th day of March 2016.

Respectfully submitted,

| **LAW OFFICE OF LOWELL J. KUVIN** | **LITTLER MENDELSON, P.C.** |
|---|---|
| 17 East Flagler Street, Suite 223 | Wells Fargo Center |
| Miami, Florida  33131 | 333 S.E. 2nd Avenue, Suite 2700 |
| Tel:  (305) 358-6800 | Miami, Florida  33131 |
| Fax: (305) 358-6808 | Tel:  (305) 400-7500 |
| | Fax:   (305) 603-2552 |
| | |
| */s/ Lowell J. Kuvin* | */s/Aaron Reed* |
| Lowell J. Kuvin | Aaron Reed |
| Florida Bar No. 53072 | Florida Bar No. 0557153 |
| E-mail: lowell@kuvinlaw.com | E-mail:  areed@littler.com |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

Firmwide:139101619.1 049841.1005